WRIGHT *v.* BEGGS. Appeal from the Circuit Court of the United States for the Southern District of New York. No. 2, argued with No. 1. Decided October 22, 1894. MR. JUSTICE BROWN delivered the opinion of the court. This was a suit against the defendant Beggs as maker of the engine used by Yuengling, and is disposed of by the opinion in the last case holding the Wright patent to be invalid. The decree of the court below dismissing the bill is, therefore,

*Affirmed.*

*Mr. Andrew M. Todd* for appellant.

*Mr. B. F. Lee* for appellee.